```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                     PANAMA CITY DIVISION
```

IN RE:                                    CASE NO. 07-50385-PCY5
                                          CHAPTER 13
RICHARD F. HOWELL, SR.
LINDA C. HOWELL

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: ALLTEL COMMUNICATION which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 399760 in the amount of 24.11 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

    /s/Leigh D. Hart or
    /s/William J. Miller, Jr.
      OFFICE OF THE CHAPTER 13 TRUSTEE
      POST OFFICE BOX 646
      TALLAHASSEE, FL 32302
      ldhecf@earthlink.net
      (850) 681-2734 "Telephone"
      (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

```
RICHARD F. HOWELL, SR.         ALLTEL COMMUNICATION
LINDA C. HOWELL                ONE ALLIED DRIVE
1803 GEORGIA COURT             LITTLE ROCK, AR 72202
LYNN HAVEN, FL  32444

AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

    /s/Leigh D. Hart or
    /s/William J. Miller, Jr.
9/29/2010  1:07 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE